# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:16-CR-00074-MOC-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| REGINALD DAUSHAWN EARL TATE, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's pro se Motion for Compassionate Release. (Doc. No. 406).

Having reviewed Defendant's Motion, the Court finds that a response from the Government is needed to fully consider their merits. Consequently, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motion for Compassionate Release within 20 days of the entry of this Order.

Signed: February 7, 2022

Max O. Cogburn Jr.
United States District Judge